IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANNY L. DOUGLAS,

    Plaintiff,

v.

PORCH LIGHT "MEN SHELTER", et al.

    Defendants.

ORDER

Case No. 17-cv-385-bbc

---

DANNY L. DOUGLAS,

    Plaintiff,

v.

KWIK TRIP ONLASKA, WI, et al.

    Defendants.

ORDER

Case No. 17-cv-386-bbc

---

DANNY L. DOUGLAS,

    Plaintiff,

v.

AMTRACK, INC., et al.

    Defendants.

ORDER

Case No. 17-cv-387-bbc

---

Plaintiff Danny L. Douglas has filed three proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepaying the filing fees pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the filing fees for commencing each of these actions.

ORDER

IT IS ORDERED that plaintiff Danny L. Douglas's petition for leave to proceed without prepayment of the filing fees is DENIED. Plaintiff must pay the $400 fee for each of these three cases (total $1200) no later than June 9, 2017. If plaintiff fails to do so, the action(s) may be dismissed without prejudice to plaintiff filing the case(s) at a later date.

Entered this 18th day of May, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge